EDWARD FRIEDMAN, as Treasurer of the Long Island Men's Division of the Hebrew Kindergarten and Infants' Home, Appellant, *v.* THE STATE OF NEW YORK, Respondent.   (Claim No. 22009.)

(Submitted May 24, 1935; decided June 11, 1935.)

*Benjamin Barondess* for appellant.

*John J. Bennett, Jr., Attorney-General* (*F. R. Chant, Burns Barford* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.